No. 104. DABNEY, TRUSTEE, *v.* CHASE NATIONAL BANK; and

No. 105. CHASE NATIONAL BANK *v.* DABNEY, TRUSTEE. Petitions for writs of certiorari to the United States Court of Appeals for the Second Circuit dismissed per stipulation of counsel. *Lewis M. Dabney, Jr.* for Dabney, Trustee. *A. Donald MacKinnon* for the Chase National Bank. Reported below: 201 F. 2d 635.

No. 274. COMMERCIAL PICTURES CORP. *v.* REGENTS OF THE UNIVERSITY OF THE STATE OF NEW YORK. Appeal from the Court of Appeals of New York. Probable jurisdiction noted. *Florence Perlow Shientag* for appellant. *Nathaniel L. Goldstein,* Attorney General of New York, and *Charles A. Brind, Jr.* for appellees.